# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re:

DOMINIC AMENDOLIA

Debtor(s).

_____/

Case No. 09-29941-BKC-RAM

Chapter 7

*Rec 292258*

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Miami

SEP 28 2011

FILED_____ RECEIVED

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( x )   The trustee has a balance of $1.73 remaining in the trustee's account which represents small dividends as defined by FRBP 3010.

.      Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: ___9 | 22 | 11___

Soneet R. Kapila, Trustee
P.O. Box 14213
Fort Lauderdale, FL 33302
Phone: 954/761-8707
Fax: 954/761-1033
E-mail: trustee@kapilaco.com

Copies to: U.S. trustee

Soneet R. Kapila, Federal Bankruptcy Trustee

Post Office Box 14213, Fort Lauderdale, Florida 33302
Telephone: 954/761-8707  Facsimile: 954/761-1033  Website: www.kapilatrustee.com

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re:                                                        Case No. 09-29941-BKC-RAM
                                                             Chapter 7

DOMINIC AMENDOLIA

        Debtor(s).
_____/

## Attachment

| Claim # | Name/Address | Claim Amount | Distribution Amount |
|---------|--------------|--------------|---------------------|
| 2U | Florida Dept. of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314 | $50.00 | $1.73 |

Soneet R. Kapila, Federal Bankruptcy Trustee

Post Office Box 14213, Fort Lauderdale, Florida 33302
Telephone: 954/761-8707  Facsimile: 954/761-1033  Website: www.kapilatrustee.com